# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GURINDER SINGH SYAN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-5002** |
| | : | |
| **RUSSELL ARRINGTON,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 3rd day of December, 2021, upon consideration of Defendant Russell Arrington's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Notice of Removal (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Notice of Removal is **DEEMED** filed.

3. This action shall be **REMANDED** forthwith to the Court of Common Pleas for Delaware County pursuant to 28 U.S.C. § 1447(c) for the reasons stated in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                                             **BY THE COURT:**

                                             /s/ Gerald Austin McHugh

                                             **GERALD A. MCHUGH, J.**